# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MOHAMED BAILOR JALLOH | ) | Case No. 1:16-mj-296 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 27, 2016 to the present__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Attempting to provide material support and resources to a designated foreign terrorist organization, to wit: the Islamic State of Iraq and the Levant (ISIL) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

Reviewed and approved by AUSA Neil Hammerstrom

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas Caslen, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/3/16, 10:17 am

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, Virginia

Theresa C. Buchanan, U.S. Magistrate Judge
Printed name and title