# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☐ Under Seal

- City: Sterling
- County: Loudoun

- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:16-mj-296
- Search Warrant Case No.: 1:16-sw-378

- Judge Assigned:
- Criminal No.:
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- Defendant Name: Mohamed Bailor Jalloh
- Alias(es):
- ☐ Juvenile   FBI No.:
- Address:
- Employment:
- Birth Date: XX-XX-1989
- SSN: XXX-XX-XXX
- Sex: Male
- Race:
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter   Language/Dialect:
- Auto Description:

## Location/Status:

- Arrest Date: 7/3/2016
- ☒ Already in Federal Custody as of: 7/3/2016   in: Alexandria, VA
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- Address:
- Phone:
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- Counsel Conflicts:
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- AUSA(s): John T. Gibbs
- Phone: 703-299-3775
- Bar No.: Va. Bar. No. 40380

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI - 601 4th Street, N.W., Washington, D.C. 20535

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Attempting to Provide Material Supp... | 1 | Felony |
| Set 2: | | | | |

Date: 7/5/2016   AUSA Signature: [signature]

*may be continued on reverse*