Date: 2-10-17        SENTENCING        Judge: O'Grady
                                        Reporter: N. Linnell
                                        Start: 913
                                        End: 1023

UNITED STATES of AMERICA
    V.
Mohamed Bailor Jalloh        Case Number: 1:16cr163

Counsel/Govt: John Gibbs, Jolie    Counsel/Deft: Joseph T. Flood, Fatmatu Haja Jalloh
Court adopts PSI ( ) without exceptions ( ) with exceptions: ∆ obj. to G/L calc. heard (that enhancement does not apply). Ruling: Enhancement was properly calc. Granted: Peff mot. to strike portion of PSIR re: termination from a pos. of employment, due to counsel's further investigation. Argued: ∆ follower, not leader; if VI overstates, ∆'s not USSG 4A1.3 downward departure to crim. hist.

**SENTENCING GUIDELINES:**
Offense Level: 31
Criminal History: VI
Imprisonment Range: _____ to _____ months
Supervised Release Range: _____ to _____ years
Fine Range: $_____ to $_____
Restitution $_____
Special Assessment $_____ ( ) Satisfied ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:
_____ USSG 5H1.4
_____ USSG 5K1.1
_____ USSG 5K2.12
_____ USSG 5C1.2
_____ Other:

**JUDGMENT OF THE COURT:**
BOP for 132 months, w/ credit for time served since arrest
Supervised Release for 5 Years, with special conditions: ( ) Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ X none due immediately/ monthly installments of $_____ to begin w/in _____ days
Restitution of $_____ due immediately/ monthly installments of $_____ to begin w/in _____ days
of release from custody/imposition of sentence
( ) Fine/costs of incarceration waived
$100 SA

Court: off. level far above the 20 yr. max for the offense to which ∆ pled G. ∆ stopped because he got arrested. No downward departure (∆'s mot.), but will depart under the 3553 Nature of off. and need to deter from future crimes, background of Nat. Guard + Citizen. Deter others + nature of offense itself.

**SPECIAL CONDITIONS:**
_____ Dft. to remain drug free, submit to In/Out patient testing as directed.
✓ Dft. must participate in sub abuse test + treat, counseling as directed.
_____ No new credit
_____ Access to all financial records.
_____ Dft. must notify employer
_____ Dft. must pay restitution in monthly install. of $_____ to begin _____ days after release from custody.
_____ Drug testing waived
_____ Home confinement for the first _____ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
_____ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.
✓ barred from comm. w/ any terror org.
✓ mental health
✓ computer monitoring

**RECOMMENDATIONS to BOP:**
✓ Dft. To be designated to: facilities requested by counsel. (∆ req. desig. to facility w/ sub. abuse trtmt.)
_____ Dft. designated to facility to participate in ICC (Boot Camp) type program
✓ Dft. to participate in 500 hrs Intensive Drug Treatment Program
✓ Other: Eval for res. drug. trtmt prog AND reentry prog @ end of sentence.

Defendant: (✓) Remanded ( ) Cont'd on Bond to Self-Surrender ( ) Referred to USPO ( ) Immediate Deportation